JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES NAGY, | ) | NO. ED CV 18-1199-KS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ANDREW M. SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: July 31, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE